ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ViaSat, Inc. | ) ASBCA No. 62656 |
| | ) |
| Under Contract No. N00039-16-D-0010 | ) |

APPEARANCE FOR THE APPELLANT:     Nicole J. Owren-Wiest, Esq.
                                    Crowell & Moring LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                   Arthur K. Samora, Esq.
                                   Anthony J. Paza, Esq.
                                    Trial Attorneys
                                    Naval Information Warfare Systems
                                     Command
                                   San Diego, CA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 25, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62656, Appeal of ViaSat, Inc., rendered in conformance with the Board's Charter.

Dated:  January 26, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals